

April 15, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 10:12:46 AM
CHRISTOPHER A. PRINE
Clerk

TOM ABBATE
ATTORNEY OF RECORD
440 LOUISIANA, SUITE 200
HOUSTON  TEXAS  77002

Defendant's Name:  ELIO RAUL TRIGO

Cause No:  1931972

Court:  CCCL #4

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  04/08/2015
**Sentence Imposed Date:**  03/31/2015
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  TOM ABBATE

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

     AMANDA FAZIL

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

## NO. 1931972

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE COUNTY COURT** |
| | § | |
| **V.** | § | **AT LAW NUMBER 4** |
| | § | |
| **ELIO TRIGO** | § | **HARRIS COUNTY, TEXAS** |

## <u>NOTICE OF APPEAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes **ELIO TRIGO**, Applicant, in the above styled and numbered cause, and gives

this written notice of appeal to the Court of Appeals of the State of Texas from the judgment herein

rendered against Applicant.

Respectfully submitted,

TOM ABBATE
440 LOUISIANA, STE 200
HOUSTON, TX 77002
OFFICE: (713) 223-0404
FAX: (800) 501-3088
tom@tomabbatelaw.com
SBOT # 24072501

ATTORNEY FOR DEFENDANT

**FILED**
Chris Daniel
District Clerk

APR 08 2015

Time: _____
Harris County, Texas
By_____
Deputy

## CERTIFICATE OF SERVICE

This is to certify that on ___4/9/___, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, HARRIS County, by hand delivery.

_____
TOM ABBATE

## NO. 1931972

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| V. | § | AT LAW NUMBER 4 |
| | § | |
| ELIO TRIGO | § | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, _John W. Clinton_ judge of the trial court certify this criminal case is not a plea-bargain case and the Defendant has the right of appeal.

_____          _____4/13/15_____
Judge                                            Date Signed

I have received a copy of the certification. I have also been informed of my rights concerning my appeal in this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rule of Appellate Procedure. I have been admonished that my attorney must mail a copy of the Court of Appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se Petition for Discretionary Review in the Court of Appeals. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se Petition for Discretionary Review.

_____ W/ PERMISSION _____          _____
ELIO TRIGO, Defendant                                              TOM ABBATE
ID Number: _____                    440 LOUISIANA STE 200
                                                                              HOUSTON, TX 77002
_____                         OFFICE: (713) 223-0404
                                                                              FAX: (800) 501-3088
_____, Texas _____                       tom@tomabbatelaw.com
                                                                              SBOT # 24072501

"A defendant in a criminal case has the right of appeal to a court of appeals under these rules. To appeal a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motions filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).

FILED
Chris Daniel
District Clerk
APR 13 2015
Harris County, Texas
Time: _____
By _____

FILED
Chris Daniel
District Clerk
APR 08 2015
Time: _____
By _____
Harris County, Texas
Deputy

CAUSE NO. <u>1931972</u>

| | |
|---|---|
| THE STATE OF TEXAS | IN THE _____ DISTRICT COURT |
| VS. | COUNTY CRIMINAL COURT AT |
| <u>ELIO TRIGO</u><br>   **(Name of Defendant)** | LAW NO. <u>4</u> |
| AKA _____ | OF HARRIS COUNTY, TEXAS |

## CERTIFICATE OF FAILURE TO FILE MARK

The below named Deputy District Clerk hereby certifies that the attached <u>TRIAL COURT'S</u> <u>CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL</u> was not file marked or properly file marked at the time it was received. The document would have been file marked on <u>04/08/15</u> had it been file marked timely. DOCUMENT WAS NOT FILED MARK WHEN FILED WITH CUSTOMER SERVICE

**CHRIS DANIEL**
District Clerk, Harris County, Texas

Date: <u>04/13/15</u>

By _____
Deputy

# APPEAL CARD

Due: 5-30-15  1st

Court __4__  Cause No. __1931972__

## The State of Texas
### Vs

Elio Triago

8 3-31-15

**Date Notice Of Appeal:** __4/8/15__

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** __John W. Clinton__
**Court Reporter** __Amanda Fazil__
**Court Reporter** _____
**Court Reporter** _____

**Attorney on Trail** __Dane Johnson__

**Attorney on Appeal** __Tom Abbate__

**Appointed** _____  **Hired** __✓__

**Offense** __DWI 1st__

**Jury Trail:** Yes __✓__ No _____

**Punishment Assessed** __4 days HCJ  $1500 fine__
__2 days credit__

**Companion Cases (If Known)** _____

**Amount of ~~Appeal~~ Bond** __$500__

**Appellant Confined:** Yes _____ No __✓__

**Date Submitted To Appeal Section** __4/13/15__  4-16-15

**Deputy Clerk** __A. Jerez__

997